UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 16-1205

Daniek v. Duda

To:  Clerk

    1)   Motion by Jaromir Kovarik, Esq. to Withdraw as Counsel for Appellant

_____

The foregoing motion is granted.  Appellant is directed to have new counsel enter an appearance immediately or be prepared to proceed pro se.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: May 3, 2016
PDB/cc: Jaromir Kovarik, Esq
       Vincenzo M. Mogavero, Esq.
        Simone Daniek